# United States Court of Appeals for the Fifth Circuit

No. 21-20409
Summary Calendar

United States Court of Appeals
Fifth Circuit
**FILED**
April 3, 2023
Lyle W. Cayce
Clerk

Shawn Donell Jones,

*Plaintiff—Appellant*,

*versus*

John Doe; Jamie Williams; Augustina Ihchnachn, *Physician Assistant*; John Doe,

*Defendants—Appellees*.

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:21-CV-2224

Before Jones, Haynes, and Oldham, *Circuit Judges*.

Per Curiam:[*]

The district court dismissed Appellant Shawn Jones's claims pursuant to 28 U.S.C. § 1915(g), finding that Jones had failed to pay the filing fee and was barred from proceeding *in forma pauperis*. It permitted Jones to

---

[*] Pursuant to 5th Circuit Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Circuit Rule 47.5.4.

No. 21-20409

"move within twenty days to reopen" the case "upon payment in full" of the fee.  Jones instead appealed the judgement.

The record reveals that Jones has now paid the district court filing fee. This case is DISMISSED AS MOOT.

Jones's motion for appointment of counsel is DENIED AS MOOT.